UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, | ) ) |
| | ) |
| Plaintiff, | ) ) |
| | ) |
| vs. | ) ) |
| ROBIN BONIFER, et al. | ) ) |
| | ) |
| Defendants. | ) ) |

Cause Number: 4:08CV00777

## ORDER GRANTING THRIVENT FINANCIAL FOR LUTHERANS' MOTION TO DEPOSIT INTERPLEADER FUNDS

Pursuant to Rule 67 of the Federal Rules of Civil Procedure, and the Court being fully advised in the premises,

IT IS THEREFORE ORDERED that Thrivent Financial for Lutherans' Motion to Deposit Interpleader Funds into the Registry of the Court for the amounts listed below that represent the benefits due and payable as a consequence of the death of Steven A. Bonifer (the "Insured") under twelve policies of life insurance (collectively referred to as the "Policies"), which insured the life of the Insured, plus accrued interest, is hereby GRANTED:

### The 3023813 Policy

As to Policy No. 3023813, Thrivent shall deposit Twenty Two Thousand Eight Hundred Eighty Three Dollars and Ninety One Cents ($22,883.91). IT IS FURTHER ORDERED that the Clerk is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the

Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

## The 3103631 Policy

As to Policy No. 3103631, Thrivent shall deposit Nineteen Thousand Four Hundred Ninety Dollars and Sixty Six Cents ($19,490.66). IT IS FURTHER ORDERED that the Clerk is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

## The 3147846 Policy

As to Policy No. 3147846, Thrivent shall deposit Nine Thousand Six Hundred Dollars and Seventy Cents ($9,600.70). IT IS FURTHER ORDERED that the Clerk is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

### The 3275826 Policy

As to Policy No. 3275826, Thrivent shall deposit Nineteen Thousand Two Hundred Eighty Dollars and Fourteen Cents ($19,280.14). IT IS FURTHER ORDERED that the Clerk is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

### The 3305911 Policy

As to Policy No. 3305911, Thrivent shall deposit Nine Thousand Five Hundred Forty Nine Dollars and Fifty Five Cents ($9,549.55). IT IS FURTHER ORDERED that the Clerk is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

### The 3366121 Policy

As to Policy No. 3366121, Thrivent shall deposit Twenty Eight Thousand Three Hundred Fifty Three Dollars and Twenty Cents ($28,353.20). IT IS FURTHER ORDERED that the Clerk

3

is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

### The 3638552 Policy

As to Policy No. 3638552, Thrivent shall deposit Nineteen Thousand Thirteen Dollars and Twenty Eight Cents ($19,013.28). IT IS FURTHER ORDERED that the Clerk is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

### The 3681082 Policy

As to Policy No. 3681082, Thrivent shall deposit Nine Thousand Five Hundred Eighteen Dollars and Seventeen Cents ($9,518.17). IT IS FURTHER ORDERED that the Clerk is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

4

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

## The 3896748 Policy

As to Policy No. 3896748, Thrivent shall deposit Nineteen Thousand Five Hundred Fifty Six Dollars and Sixty Eight Cents ($19,556.68). IT IS FURTHER ORDERED that the Clerk is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

## The 3899768 Policy

As to Policy No. 3899768, Thrivent shall deposit Nine Thousand Seven Hundred Sixty One Dollars and Ninety Two Cents ($9,761.92). IT IS FURTHER ORDERED that the Clerk is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said

fee is authorized by the Judicial Conference of the United States.

<u>The 4029377 Policy</u>

As to Policy No. 4029377, Thrivent shall deposit Nineteen Thousand Six Hundred Seventy Five Dollars and Twenty Cents ($19,675.20). IT IS FURTHER ORDERED that the Clerk is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

<u>The 4059453 Policy</u>

As to Policy No. 4059453, Thrivent shall deposit Nine Thousand Eight Hundred Forty Four Dollars and Sixteen Cents ($9,844.16). IT IS FURTHER ORDERED that the Clerk is hereby Ordered to deposit the funds in a money market account or other instrument at the prevailing rate of interest at a federal approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of deposit into the court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

Dated this 27th day of Oct , 2008.

Jean C. Hamilton
United States District Judge